Joseph Hefner, Jr., Appellant, v. Reinforced Cement Construction Company, Respondent.— Appeal dismissed by default, with costs. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Henry Hirsh, Appellant, v. John Butler, Respondent. John Butler, Respondent, v. Henry Hirsh, Appellant.— Judgments of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

William J. Huber, Respondent, v. Mary Huber, Appellant.— Order of County Court of Queens county reversed on argument, with ten dollars costs and disbursements, and motion denied, with costs, on the ground of want of jurisdiction in the County Court. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Sophia L. Hutchinson, Appellant, v. John H. Witte, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.